**Order entered November 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01147-CV

### ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants

### V.

### FREDDIE PRICE, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-03907-B**

## ORDER

The reporter's record in this appeal is overdue. Accordingly, we **ORDER** court reporter LaToya Young-Martinez to file the reporter's record no later than December 5, 2019. Because this is an accelerated appeal and the record was first due September 30, 2019, *we caution Ms. Young-Martinez that failure to comply may result in the Court taking any necessary steps to ensure the appeal proceeds in a timely fashion, including ordering she not sit until the reporter's record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Bellan, Presiding Judge of County Court at Law No. 2; Ms. Young-Martinez; and, the parties.

/s/     BILL WHITEHILL
         JUSTICE